STATE OF NORTH CAROLINA    )
                            )
        v.               )        ORDER
                            )
MARJORIE HUDSON          )

No. 686P84

(Filed 27 February 1985)

THE petition for discretionary review is allowed for the following purpose.

The order of the Court of Appeals remanding cases No. 82CRS7579 and No. 82CRS7400 is reversed. The cases are remanded to the Court of Appeals for entry of an order affirming the judgments of the Superior Court of BEAUFORT County.

This the 27th day of February, 1985.

VAUGHN, J.
For the Court